IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| BEN-CEN, INC., | ) |
| Defendant. | ) |

### ORDER APPOINTING SPECIAL PROCESS SERVER

AND NOW, this _____ day of _____, 200_, at Wilmington, Delaware, it is

ORDERED that Thomas Anastasia, a special agent of the Internal Revenue Service, be and is SPECIALLY APPOINTED to serve the Complaint to Enforce Internal Revenue Summons, Declaration of Thomas Anastasia, and Order to Show Cause upon Ben-Cen, Inc., a Delaware Corporation, defendant in this action.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit or declaration, in accordance with Fed. R. Civ. P. 4(*l*).

_____
UNITED STATES DISTRICT JUDGE

1470449.1