UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. Action No. 06-MC-0003 |
| | ) |
| BEN-CEN, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Rudolph Contreras as local counsel for the United States of America in the above-captioned case.

                                    Respectfully submitted,

                                    _____/S/_____
                                    RUDOLPH CONTRERAS
                                    Chief, Civil Division
                                    Assistant United States Attorney
                                    1007 N. Orange Street
                                    Suite 700
                                    Post Office Box 2046
                                    Wilmington, Delaware 19899-2046

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that this Entry of Appearance was electronically filed and service will be made by hand at the same time of service of the other previously filed papers.

on this 6th day of January 2006.

                                                            _____/S/_____
                                                            RUDOLPH CONTRERAS
                                                            Chief, Civil Division
                                                            Assistant United States Attorney
                                                            1007 N. Orange Street
                                                            Suite 700
                                                           Post Office Box 2046
                                                          Wilmington, Delaware 19899-2046