IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:06-mc-00003 JJF ) |
| BEN-CEN, INC., | ) ) |
| Defendant. | ) |

**DECLARATION OF THOMAS ANASTASIA
REGARDING PROOF OF SERVICE**

THOMAS ANASTASIA, being of legal age and pursuant to the provisions of 28 U.S.C. ' 1746(2) (1994), declares and states as follows:

1. I am a Special Agent employed by the Internal Revenue Service Criminal Investigations Division in Wilmington, Delaware.

2. By order of this Court dated January 18, 2006, I was specially appointed to serve the Complaint to Enforce Internal Revenue Summons, the Declaration of Thomas Anastasia, and Order to Show Cause upon Ben-Cen, Inc., a Delaware Corporation and the defendant in this action.

3. On January 20, 2006, I met Russell D. Applegate at St. Mary Magdelen=s School, 7 Sharpley Road, Wilmington, Delaware and personally served him with the Complaint to Enforce Internal Revenue Summons, the Declaration of Thomas

Anastasia, and Order to Show Cause upon Ben-Cen, Inc., a Delaware Corporation and the defendant in this action, by handing copies to him.

FURTHER, declarant says not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2006.

THOMAS ANASTASIA

*Thomas Anastasia*
Special Agent
Internal Revenue Service
Wilmington, Delaware

1511237.1