IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 06-mc-3-JJF |
| BEN-CEN, INC., | : | |
| Defendant. | : | |

O R D E R

WHEREAS, on January 18, 2006, the Court issued an Order (D.I. 9) ordering Defendant to appear on February 8, 2006, and show cause why it should not be compelled to obey the Internal Revenue Summons served upon it on July 28, 2005;

WHEREAS, the Court held a hearing in this matter on February 8, 2006, at which Defendant did not appear;

WHEREAS, the Court is satisfied that the Government has shown that the summons was issued for a proper purpose, that the information sought may be relevant to that purpose, that the information sought is not already in the Government's possession, and that the required administrative steps have been followed;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant shall, **no later than Tuesday, February 21, 2006,** comply with the Internal Revenue Summons served upon it on July 28, 2005.

February 9, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE