IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Misc. No. 06-MC-003 (JJF) |
| BEN-CEN, INC., | : |
| Defendant. | : |

NOTICE OF SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE

Notice is hereby given of the substitution of Ellen W. Slights in place of Rudolph Contreras, as the attorney for the Plaintiff, United States of America, in the above-captioned case.

COLM F. CONNOLLY
United States Attorney

By: /s/ Ellen W. Slights
Ellen W. Slights
Assistant United States Attorney
Delaware Bar I.D. No. 2782
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

Dated: March 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Misc. No. 06-003 (JJF) |
| BEN-CEN, INC., | : |
| Defendant. | : |

**AFFIDAVIT OF SERVICE**

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on March 14, 2006, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE with the Clerk of Court using ECF which will send notification of such filing to the following:

I hereby attest that on March 14, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Ben-Cen, Inc.
Russell D. Applegate
620 S. Maryland Avenue
Wilmington, DE 19804

Ben-Cen, Inc.
Russell D. Applegate
3301 Lancaster Pike
Wilmington, DE 19805

/s/ Kathie Gray

Kathie Gray
Office of the United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899
(302) 573-6277
kathie.gray@usdoj.gov

1563229.1