IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Misc. No. 06-003 (JJF) |
| BEN-CEN, INC., | : | |
| Defendant. | : | |

MOTION AND ORDER
FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jennifer L. Best, Esquire, to represent the Plaintiff in this action.

COLM F. CONNOLLY
United States Attorney

By: Ellen W. Slights
Delaware Bar I.D. No. 2782
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277
ellen.slights@usdoj.gov

Dated:   March 14, 2006

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

_____
United States District Court Judge

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Misc. No. 06-003 (JJF) |
| BEN-CEN, INC., | : |
| Defendant. | : |

CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*Jennifer L. Best*
Jennifer L. Best
Trial Attorney
Illinois Bar No. 6269411
U.S. Department of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-0714
jennifer.best@usdoj.gov

Date:   March 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Misc. No. 06-003 (JJF) |
| BEN-CEN, INC., | : |
| Defendant. | : |

### AFFIDAVIT OF SERVICE

    I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on March 14, 2006, I electronically filed the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of Court using ECF which will send notification of such filing to the following:

    I hereby attest that on March 14, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Ben-Cen, Inc.
Russell D. Applegate
620 S. Maryland Avenue
Wilmington, DE 19804

Ben-Cen, Inc.
Russell D. Applegate
3301 Lancaster Pike
Wilmington, DE 19805

/s/ Kathie Gray
_____
Kathie Gray
Office of the United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899
(302) 573-6277
kathie.gray@usdoj.gov

1563229.1