IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Misc. No. 06-003-JJF |
| BEN-CEN INC., | ) |
| Defendant. | ) |

### ORDER TO SHOW CAUSE

Upon motion and the memorandum of law attached thereto, it is

ORDERED that a representative of Ben-Cen, Inc. appear before the United States District Court for the District of Delaware, on the 24 day of APRIL, 2006, at 12:00 p.m., in Courtroom 4B, United States Courthouse, Wilmington, Delaware, to show cause why he should not be held in contempt of this Court's Order of February 9, 2006; it is further

DONE this 31 day of March, 2006.

_____
HONORABLE JOSEPH J. FARNAN, JR.
District Judge
United States District Court