IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. No. 06-003 (JJF) |
| | ) |
| BEN-CEN, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the United States' motion for continuance of hearing on the order to show cause, the reasons stated therein, and the entire record herein,

IT IS ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that a representative of Ben-Cen, Inc. appear before the United States District Court for the District of Delaware, on the 11th day of May, 2006, at 11:00 a.m., in Courtroom 4B, United States Courthouse, Wilmington, Delaware, to show cause why he should not be held in contempt of this Court's Order of February 9, 2006; it is further

DONE this  10  day of  April , 2006.

_____
UNITED STATES DISTRICT JUDGE

1631590.1