Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
2006 APR 18 PM 1:33
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

Ben-Cen, Inc.
Russell D. Applegate
3301 Lancaster Pike
Wilmington, DE 19805

BENC301   19805701014406  11  04/13/06
RETURN TO SENDER
BEN-CEN INC
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

Mailed From 19801
04/12/2006
$00.390
US POSTAGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 06-003 (JJF) |
| ) | |
| BEN-CEN, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the United States' motion for continuance of hearing on the order to show cause, the reasons stated therein, and the entire record herein,

IT IS ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that a representative of Ben-Cen, Inc. appear before the United States District Court for the District of Delaware, on the 11th day of May, 2006, at 11:00 a.m., in Courtroom 4B, United States Courthouse, Wilmington, Delaware, to show cause why he should not be held in contempt of this Court's Order of February 9, 2006; it is further

DONE this 10 day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

1631590.1