IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-003-JJF |
| BEN-CEN, INC., | : |
| Defendant | : |

**O R D E R**

WHEREAS, the Court conducted a Show Cause Hearing in this matter on Thursday, May 11, 2006;

WHEREAS, Russell D. Applegate, an officer of Defendant represented to the Court that he is attempting to retain counsel for Defendant and requested a continuance of the Show Cause Hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that

1. The Show Cause Hearing is **CONTINUED** until **Monday, May 22, 2006**;

2. Once counsel for Ben-Cen has entered an appearance, the Court will reschedule the Show Cause Hearing.

May 15, 2006
DATE

UNITED STATES DISTRICT JUDGE