**JOE HURLEY**
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS



June 1, 2006

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 North King Street
Wilmington, DE 19801

    Re:  U.S. v. Ben-Cen Inc.,
         Misc. No. 06-003-JJF

Dear Judge Farnan:

    This will confirm that I have been retained by the defendant, noted above, with regard to compliance with the subpoena that has formed the basis of the Rule To Show Cause that has now been postponed and, I would think, obviated.

                                  Respectfully,

                                  Joe Hurley

JAH:jr
pc: Jennifer Best, Esquire