IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-mc-03 |
| ) | |
| BEN-CEN, INC. ) | |
| ) | |
| Defendant. ) | |

**VOLUNTARY DISMISSAL OF COMPLAINT
TO ENFORCE INTERNAL REVENUE SUMMONS**

The United States of America, by and through undersigned counsel, voluntarily dismisses this complaint to enforce the Internal Revenue Summons directed to Ben-Cen, Inc. issued on July 28, 2005.

DATE: September 1, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

/s/ Jennifer L. Best
JENNIFER L. BEST
Trial Attorney
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0714

1894729.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-mc-03 JJF |
| ) | |
| BEN-CEN, INC. ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing VOLUNTARY DISMISSAL OF COMPLAINT TO ENFORCE SUMMONS has been made this 1st day of September 2006, by mailing, postage prepaid, addressed to:

    Joseph A. Hurley
    1215 King Street
    Wilmington, DE 19801


        /s/ Jennifer L. Best
        JENNIFER L. BEST